# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**FRANCISCO FLORES,**

    **Plaintiff,**

-vs-                                         Case No. 6:08-cv-1729-Orl-28KRS

**CSS CLEAN STAR SERVICES OF
CENTRAL FLORIDA, INC.,**

    **Defendant.**

## ORDER

This case is before the Court on Defendant's Unopposed Renewed Motion for Approval of Settlement Agreement (Doc. No. 25) filed February 6, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 20, 2009 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Unopposed Renewed Motion for Approval of Settlement Agreement (Doc. No. 25) is **GRANTED**.

3. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act provisions.

4. Plaintiff's Attorney Garcia shall allocate any funds recovered from Defendant first to Plaintiff until he receives the agreed $1,000.00, and only thereafter to attorney's fees and costs. Specifically, Attorney Garcia is prohibited from withholding any portion of the $1,000.00 payable to Plaintiff under the settlement agreement pursuant to a fee agreement or otherwise.

5. Attorney Garcia shall provide a copy of this Order to Plaintiff.

6. The Court declines to reserve jurisdiction to enforce the settlement agreement.

7. This case is dismissed with prejudice.

8. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ____ day of April, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party